AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF  MASSACHUSETTS

**APPEARANCE**

Case Number: MJ No. 04-M-221-JLA

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JOHN MINOTTI

I certify that I am admitted to practice in this court.

MAY 21, 2004
Date

FILED
In Open Court
USDC, Mass.
Date 5-21-04
By C.S.
Deputy Clerk

_[signature]_
Signature

MICHAEL R. SCHNEIDER
Print Name                                                                Bar Number

SALSBERG & SCHNEIDER
95 COMMERCIAL WHARF
Address

BOSTON,       MA            02110
City          State          Zip Code

617-227-7788          617-227-7766
Phone Number          Fax Number