United States District Court
District of Massachusetts

|  |  |  |
|---|---|---|
| United States | ) | |
| | ) | |
| v. | ) | No. 04-MJ-00221-JLA |
| | ) | |
| Jon Minotti, et al., | ) | |
| defendants. | ) | |
| | ) | |

**Defendant's Waiver of Right to Preliminary Hearing and
His Assent to the Excludability of Time Under the Speedy Trial Act**

The defendant Jon Minotti, after having been fully advised of his rights by counsel to a preliminary hearing pursuant to Fed. R. Crim. P. 5.1, and to a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 et seq., hereby waives his right to a probable cause hearing and requests that that hearing, which is currently scheduled for June 10, 2004, at 10 a.m., be taken off the list. The defendant also assents to the excludability of the relevant time period under the Speedy Trial Act.

1. On May 21, 2004, the defendant, having been charged by complaint with conspiracy to violate the narcotics laws under 21 U.S.C. § 846, was brought before Magistrate Joyce Alexander for his first appearance.

-1-

2. On May 24, 2004, the defendant was released on secure bond and electronic monitoring.

3. Since that time, counsel has met with the defendant and has fully advised him of his rights to a preliminary hearing under Fed. R. Crim. P. 5.1, and to a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161 et seq..

4. The defendant, having been duly informed of his rights to a preliminary hearing, hereby waives his right to a preliminary hearing knowingly, intelligently, and voluntarily.

5. The defendant, having been duly informed of his rights under the Speedy Trial Act, further assents to the excludability of the relevant time period under the Speedy Trial Act.

        Jon Minotti
        By his attorney,

        Michael R. Schneider
        BBO # 446475
        Salsberg & Schneider
        95 Commercial Wharf
        Boston, MA 02110
        617/227-7788

## Verification

I, Michael R. Schneider, hereby verify that the factual assertions above are true and accurate to the best of my knowledge and belief.

_____
Michael R. Schneider

## Certificate of Service

I, Michael R. Schneider, hereby certify that earlier today, I served on John Farley, Assistant United States Attorney, United State's Attorney's Office, 1 Courthouse Way, Suite 2300, Boston, MA 02210, a true and accurate copy of the foregoing document by facsimile and by U.S. first class mail, postage prepaid. Signed under the pains and penalties of perjury.

_____
Michael R. Schneider

Dated: June 9, 2004